UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVERGREEN PARTNERING GROUP, INC. and MICHAEL FORREST,<br><br>*Plaintiffs,*<br><br>v.<br><br>PACTIV CORPORATION; GENPACK, LLC; SOLO CUP COMPANY, a corporation; DOLCO PACKAGING, a TEKNI-PLEX COMPANY, a corporation; DART CONTAINER CORPORATION; AMERICAN CHEMISTRY COUNCIL INCORPORATED, an association; and POLYSTYRENE FOODSERVICE PACKAGING GROUP, a business group within the American Chemistry Council,<br><br>*Defendants.* | C.A. No. 11-10807-RGS |

## MOTION OF PLAINTIFFS' COUNSEL TO WITHDRAW

Shapiro Haber & Urmy LLP, Thomas V. Urmy, Jr. and Charles E. Tompkins ("Shapiro Haber & Urmy"), who are counsel of record in this action for Plaintiffs Evergreen Partnering Group and Michael Forrest ("Plaintiffs") move pursuant to Local Rule 83.5.2(c) of this Court for an Order allowing them to withdraw as counsel for Plaintiffs.

The Affidavit of Charles E. Tompkins dated June 22, 2011 is filed in support of this motion.

WHEREFORE, Shapiro Haber & Urmy respectfully requests that the Court enter an order allowing its motion to withdraw.

|  |  |
|---|---|
| | /s/ Charles E. Tompkins |
| | Thomas V. Urmy, Jr. ( BBO #506620) |
| | Charles E. Tompkins (BBO #678276) |
| | SHAPIRO HABER & URMY LLP |
| | 53 State Street |
| | Boston, MA 02109 |
| | Tel.: (617) 439-3939 |
| | Fax: (617) 439-0139 |
| | Email: turmy@shulaw.com |
| | ctompkins@shulaw.com |
| Dated: June 22, 2011 | |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. I further certify that a copy of this document was sent via electronic mail and U.S. mail to Michael Forrest and Evergreen Partnering Group, Inc. at the following address:

> Mr. Michael Forrest
> Evergreen Partnering Group, Inc.
> 34 Westward Circle
> North Reading, MA 01864

/s/ Charles E. Tompkins