UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVERGREEN PARTNERING GROUP, INC., ) | CIVIL ACTION |
| ) | No. 1:11-cv-10807-RGS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PACTIV CORPORATION; GENPAK, LLC; ) | |
| DOLCO PACKAGING a TEKNI-PLEX ) | |
| COMPANY, a corporation; ) | |
| SOLO CUP COMPANY, a corporation; ) | |
| DART CONTAINER CORPORATION: and ) | |
| AMERICAN CHEMISTRY COUNCIL, ) | |
| an association, ) | |
| ) | |
| Defendants. ) | |

**AMENDED STIPULATION OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Evergreen Partnering Group, Inc. and defendant Genpak, LLC hereby voluntarily agree and stipulate to the dismissal of this action with prejudice as to Genpak only, each party to pay its own costs and attorney's fees.

The other defendants agree to this stipulation subject to the following condition, to which said defendants, plaintiff and defendant Genpak, LLC agree:

In the event that the motions for summary judgment of the remaining defendants are denied (in whole or in part), then plaintiff will produce to said remaining defendants the settlement agreement between plaintiff and Genpak (and all addenda, supplements and related agreements thereto) within fourteen days of the Court's ruling on summary judgment. Plaintiff may designate the settlement agreement and related materials as confidential pursuant to the protective order entered in this action.

4811-9763-5105.2

By their attorneys,

| | |
|---|---|
| */s/* Jan Schlichtmann<br>Jan Schlichtmann, BBO# 445900<br>P.O. Box 233<br>Prides Crossing, MA 01965<br>Tel: (978) 927-1037<br><br>Orestes G. Brown, BBO#566431<br>METAXAS BROWN PIDGEON LLP<br>900 Cummings Center, Suite 207T<br>Beverly, MA 01915<br>Tel: (978) 927-8000<br><br>Counsel for Evergreen Partnering Group, Inc. | */s/* Gregg A. Rubenstein<br>David A. Martland, BBO# 548700<br>Gregg A. Rubenstein, BBO# 639680<br>George Skelly, BBO #546797<br>Kathleen Ceglarski Burns, BBO# 670564<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Tel: (617) 345-1000<br><br>Counsel for Defendant Genpak LLC |
| */s/* Richard A. Swain<br>Richard A. Sawin, Jr., BBO# 546786<br>Richard E. Bennett, BBO# 037740<br>MICHIENZIE & SAWIN LLC<br>745 Boylston Street, 5th Floor<br>Boston, Massachusetts 02116<br>Tel: 617-227-5660<br>rsawin@masatlaw.com<br>rbennett@masatlaw.com<br><br>Counsel for Defendant Pactiv Corporation | */s/* Steven M. Cowley<br>Steven M. Cowley, BBO# 554534<br>Jennifer L. Mikels, BBO# 682199<br>DUANE MORRIS LLP<br>100 High Street, Suite 2400<br>Boston, Massachusetts 02110-1724<br>Tel: 857-488-4200<br>smcowley@duanemorris.com<br>jlmikels@duanemorris.com<br><br>Counsel for Defendant Dolco Packaging Corp., a Tekni-Plex Company |

4811-9763-5105.2

| | |
|---|---|
| */s/* Benjamin M. McGovern<br>Ralph T. Lepore, III, BBO# 294420<br>Michael T. Maroney, BBO# 653476<br>Benjamin M. McGovern, BBO# 661611<br>Scott A. Moore, BBO# 688603<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, Massachusetts 02116<br>Tel: 617-523-2700<br>ralph.lepore@hklaw.com<br>michael.maroney@hklaw.com<br>benjamin.mcgovern@hklaw.com<br>scott.moore@hklaw.com<br><br>Counsel for Defendant American Chemistry Council, an association | */s/* John M. Faust<br>John M. Faust (*pro hac vice*)<br>LAW OFFICE OF JOHN M. FAUST, PLLC<br>1325 G Street, NW, Suite 500<br>Washington, DC 20005<br>Tel: 202-449-7707<br>john@johnfaustlaw.com<br><br>William E. Lawler, III (*pro hac vice*)<br>Yousri H. Omar (*pro hac vice*)<br>Ralph C. Mayrell<br>VINSON & ELKINS LLP<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, DC 20037-1701<br>Tel: 202-639-6500<br>wlawler@velaw.com<br>jfaust@velaw.com<br>yomar@velaw.com<br>rmayrell@velaw.com<br><br>Counsel for Defendants<br>Solo Cup Company, a corporation and Dart Container Corporation |

Dated: December 30, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a true and correct paper copy of the foregoing will be sent those indicated as non-registered participants via first class mail, postage prepaid on this the 30th day of December, 2014.

                                                /s/ Gregg A. Rubenstein
                                                 Gregg A. Rubenstein